UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN THERESA GIVENS,<br>    Plaintiff,<br>v.<br>BANNER BANK,<br>    Defendant. | Case No.18-cv-02374-EDL<br><br>**ORDER DISMISSING THE COMPLAINT** |

On February 6, 2019 and February 12, 2019, this court issued a Clerk's Notice regarding the pretrial conference and trial dates. The Clerk's Notices were sent to Plaintiff's address of record with this Court. On May 13, 2019 the Clerk's Notices were returned by the Post Office due to an improper address for Plaintiff.

Pursuant to Civil Local Rule 3-11, an attorney or a party proceeding pro se must promptly file and serve upon all parties a Notice of Change of Address specifying the new address. Failure to do so may result in a dismissal of the complaint. See Civil L.R. 3-11. Plaintiff has never filed a change of address with the Court.

In addition, on September 13, 2018, the Court issued a Case Management and Pretrial Order for Jury Trial setting deadlines to serve and file a joint pretrial statement, trial briefs, motions in limine, proposed voir dire questions, jury instructions, verdict forms, excerpts from discovery that will be offered at trial, an exhibit setting forth the qualifications and experience of each expert witness, and a list of each party's exhibits. (Dkt. 43 at 4-7). This Case Management and Pretrial Order required counsel and/or parties to serve and file these documents at least twenty (20) days prior to the Pretrial Conference. Plaintiff failed to comply with the Case Management and Pretrial Order for Jury Trial.

Based on the foregoing and good cause appearing, the action is DISMISSED without

prejudice.

**IT IS SO ORDERED.**

Dated: July 15, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge